JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 670 -- In re Luce Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/10/29 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE -- deft. Hattori Corp. of America -- SUGGESTED TRANSFEREE DISTRICT: S.D. NEW YORK, SUGGESTED TRANSFEREE JUDGE: ? (cds) |
| 85/11/08 | | APPEARANCES: THEODORE L. ABELES, ESQ. for Sears Roebuck & Co.; MORTON AMSTER, ESQ. for Matsushita Electric Corp. of America, Emerson Radio Corp., R.H. Macy & Co., Inc.; Pentax Corp., Associated Merchandising Corp.; BERNARD J. BABB, ESQ. for Medana Watch Co.; TERRELL C. BIRCH, ESQ. for Sharp Electronics Corp.; JEROME M. BERLINER, ESQ. for Walgreen Eastern Co., Inc.; JOHN M. BRICKMAN, ESQ. for Sam Goody, Inc.; FRANCIS T. CARR, ESQ. for A. Cohen & Sons, F.W. Woolworth Co., Timex Corp., TSS-Seedman's Inc.; STEVEN A. CERTILMAN, ESQ. for The Wiz Distributors, Ltd.; PETER T. COBRIN, ESQ. for REFAC Electronics Corp., REFAC Technology Development Corp.; ELLEN M. COIN, ESQ. for Accutime Watch Corp., Heavenly Time., Inc., Konik Electronics, Inc., Majesti Watch Co., Inc., Unitron Time Industries, Inc.; JOSEPH D. GARON, ESQ. for Kay-Bee Toy & Hobby Shops, Inc.; WILLIAM J. HELLER, ESQ. for Eastman Kodak Co.; EDWARD B. HUNTER, ESQ. for Delta Impex Watch Corp., Jordache Time; STEPHEN B. JUDLOWE, ESQ. for Herman's Sporting Goods, Inc.; KIM J. LANDSMAN, ESQ. for Takara Toys, Inc.; ARLINE MANN, ESQ. for Allied Stores Corp.; EDWARD F. MCKIE, JR., ESQ. for Toshiba America, Inc.; FRANK J. MIELE, ESQ. for Federated Department Stores, Inc.; FRANK E. MORRIS, ESQ. for J.W. Mays, Inc., R. Gsell & Co., Inc.; SANFORD POSTEL, ESQ. for Trader Horn, Inc.; JOHN J. QUINN, ESQ. for Shell Oil Co.; BARUCH RABINOWITZ, ESQ. for Focus Electronis, Inc.; JACK A. RAISNER, ESQ. for Madison Watch Co., Inc.; LAWRENCE ROSENTHAL, ESQ. for Berry Jewelers, Ltd., Hattori Corp. of America, J.C. Penney Co., Megur Watch & Jewelry Co., Inc.; ALLEN I. RUBENSTEIN, ESQ. for Courtesy Drug Stores, J.J. Newberry, McCrory Corp.; ARTHUR H. SOBEL, ESQ. for Arnee Dept. Stores, Inc.; ROBERT S. WEISBEIN, ESQ. for Brick Church Appliance of New York, Inc.; DWIGHT YELLEN, ESQ. for Gruen Industries, Inc., Robert Tabakow, Inc.; MARCH C. ZAUDERER, ESQ. for Lafayette Circuit City Stores, Inc. (rh) |

670

| | | |
|---|---|---|
| 85/11/13 | | APPEARANCES: JEROME BAUER, ESQ. for Newmark & Lewis, Inc.; RICHARD M. GOLDSTEIN, ESQ. for Elgin National Industries, Inc. and Mattel Sales Corp.; ALLEN A. HANS, ESQ. for Minolta Copier Corp. of N.Y., Olympus Corp. and Saber Sales Corp.; HILLEL HOFFMAN, ESQ. for Golden Million Enterprise, Inc.; JOSEPH F. KELLY, JR., ESQ. for Mercantile Stores Co., Inc.; JOSEPH B. LERCH, ESQ. for Cuckoo Clock Mfg. Co., Inc., Remex Time Corp., Sanyo Electrical, Inc.; NORMAN H. ZIVIN, ESQ. for Gimbel Brothers, Inc., Astoria Watch U.S.A., Inc. Saks & Co. (rh) |
| 85/11/13 | 2 | RESPONSE -- (to pldg. #1) Medana Watch Co. -- w/cert. of svc. (rh) |
| 85/11/13 | 3 | RESPONSE -- (to pldg. #1) REFAC Electronics Corp. and REFAC Technology Development Corp. -- w/cert. of svc. (rh) |
| 85/11/13 | 4 | RESPONSE -- (to pldg. #1) Matsushita Electric Corp. of America; R.H. Macy & Co., Inc.; Pentax Corp; Associated Merchandising Corp. and Emerson Radio Corp. -- w/cert. of svc. (rh) |
| 85/11/14 | 5 | RESPONSE -- (to pldg. #1) Deft. Sharp Electronics Corp. -- w/cert. of svc. (rh) |
| 85/11/14 | 6 | RESPONSE -- (to pldg. #1) Deft. Timex Corp. -- cert. of svc. (rh) |
| 85/11/15 | | APPEARANCE: MARTIN P. MICHAEL, ESQ. for Unity Buying Service Co., Inc. (rh) |
| 85/11/15 | | APPEARANCE TO REMOVE COUNSEL FROM LIST -- (letter dated 11/7/85) Texas Instruments Incorp. (rh) |
| 85/11/15 | | APPEARANCE: HENRY A. MARZULLO, JR., ESQ. for Child World, Inc. (rh) |
| 85/11/15 | 7 | RESPONSE -- (to pldg. #1) Brick Church Appliance of New York, Inc. -- w/cert. of svc. (rh) |
| 85/11/19 | | APPEARANCE: ROBERT S. ZEIF, ESQ. for Benny's Imports & Exports, Inc. (rh) |
| 85/11/19 | | APPEARANCE TO REMOVE COUNSEL FORM LIST -- (letter dated 11/13/85) General Electric Co. (rh) |

JPML FORM 1A

B.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 670 -- In re Luce Patent Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/11/20 | 8 | REPLY -- Hattori Corp. of America -- w/cert. of svc. (rh) |
| 85/11/20 | 9 | RESPONSE -- (to pldg. #1) Kay-Bee Toy & Hobby Shops -- w/cert. of svc. (rh) |
| 85/11/20 | | APPEARANCE: BARRY H. EVENCHICK, ESQ. for The Stop & Shop Companies, Inc. (rh) |
| 85/11/21 | | APPEARANCE: CHARLES GUTTMAN, ESQ. for the DJM Camera & Electronics, Inc. (rh) |
| 85/11/26 | 10 | MOTION TO WITHDRAW -- (Pldg. No. 1) Hattori Corporation of America (movant) w/cert. of svc. (paa) |
| 85/12/05 | | APPEARANCE -- MARVIN H. WOLF, ESQ. for 47th Street Photo, Inc. (paa) |
| 85/12/09 | 11 | MOTION -- Timex Corp., Schedule A (incorporationg Pldg. #1 and Pldg. #8) (adopting pldg. #6 as brief); RESPONSE TO PLEADING #10 w/cert. of service -- SUGGESTED TRANSFEREE DISTRICT: D. New Jersey -- SUGGESTED JUDGE: Judge Herbert Stern (paa) |
| 85/12/16 | | AMMENDMENT TO HEARING ORDER FILED ON DEC. 11, 1985 -- Setting motion to transfer for Panel Hearing on January 23, 1986 in Miamim, Florida (rh) |
| 85/12/26 | 12 | RESPONSE -- (to pldg. #11) Cuckoo Clock Mfg. Co. and Remex Time Corp. -- w/cert. of svc. (rh) |
| 85/12/26 | 13 | RESPONSE -- (to pldg. #11) Matsushita Electric Corp. of America; R.H. Macy & Co., Inc.; Pentax Corp. and Associated Merchandising Corp. -- cert. of svc. (rh) |
| 85/12/26 | 14 | SUPPLEMENTAL MEMORANDUM -- (to pldg. #11) Pltf. RAFAC Electronis Corp., et al. -- w/cert of svc. (rh) |
| 85/12/26 | 15 | RESPONSE -- (to pldg. #11) Deft. Sharp Electronics Corp. -- w/cert. of svc. (rh) |
| 86/01/02 | 16 | REPLY BRIEF IN SUPPORT OF ITS MOTION (pldg. #11) -- deft Timex Corp. -- w/cert. of svc. (cds) |
| 86/01/02 | 17 | RESPONSE -- to (pldg. #11) -- deft. Walgreen Eastern Co., Inc. -- w/cert. of service (cds) |

JPML FORM 1A

B-4

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/01/21 | 18 | SUPPLEMENTAL MEMORANDUM -- (to pldg. #11) Timex Corp. -- w/cert. of svc. (rh) |
| 86/01/23 | | WAIVERS OF ORAL ARGUMENT FOR 1/23/86 HEARING MIAMI, FLORIDA -- The Wiz Distributors, Ltd.; Eastman Kodak Co.; Newmark & Lewis, Inc.; Genovese Drug Stores, Inc.; Child World, Inc. (rew) |
| 86/01/23 | | HEARING APPEARANCES FOR ORAL ARGUMENT ON 1/23/86 MIAMI, FLORIDA -- Alan T. Bowes for Timex Corp.; Peter T. Cobrin, Esq. for Refac Electronics Corp. and Refac Technology Development Corp.; Michael J. Berger for Matsushita Electric Corp. of America, R. H. Macy & Co., Inc., Pentax Corp., Associated Merchandising Corp.; Charles Gorenstein for Sharp Electronics Corp.; Edward F. McKie fopr Toshiba America, Inc. (rew) |
| 86/01/24 | 19 | DECLARATION OF PHILIP SPERBER OF REFAC -- W/cert of svc. (rew) |
| 86/02/04 | | ORDER DENYING TRANSFER FILED TODAY -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved counsel, Misc. recipients, clerks and judges (paa) |

JPML Form 1

Revised: 8/78

DOCKET NO. 670 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Luce Patent Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

Denied

DATE CLOSED: 2/4/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 670 -- In re Luce Patent Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | REFAC Electronics Corp., et al. v. R.H. Macy & Co., Inc., et al. | N.J. Stern | 84-725 | | | | |
| A-2 | REFAC Electronics Corp., et al. v. Armitron Corp., et al. | N.Y.,E. Weinstein | 84 Civ 794(JBW) | | | 9/23/85 D | |
| A-3 | REFAC Electronics Corp., et al. v. A. Cohen & Sons Corp., et al. | N.Y.,~~E.~~ S ~~Weinstein~~ | ~~85 Civ 1899(JBW)~~ 85 Civ 9539 | | | | trans to NYS 12/2/85 |
| A-4 | REFAC Electronics Corp., et al. v. Allied Time Corp., et al. | N.Y.,S. Sprizzo | 84 Civ 1299(JES) | | | | |
| A-5 | REFAC Electronics Corp., et al. v. AA Americana Creations Watches, Ltd., et al. | N.Y.,S. Sprizzo | 85 Civ 1684(JES) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 670 -- In re Luce Patent Litigation

---

REFAC ELECTRONICS CORP. (A-1 - A-5)
REFAC TECHNOLOGY DEVELOPMENT CORP.
Peter T. Cobrin, Esq.
Stempler, Cobrin & Godsberg
501 Fifth Avenue - Suite 1900
New York, New York  10017

BRICK CHURCH APPLIANCE OF N.Y., INC.
Robert S. Weisbein, Esq.
Law Offices Frank J. Colucci, P.C.
420 Lexington Avenue
Suite 2101
New York, New York  10170

FEDERATED DEPARTMENT STORES, INC.
Frank J. Miele, Esq.
Riker, Danzig, Scherer, Hyland
 & Perretti
Headquarters Plaza
One Speedwell Avenue
Morristown, New Jersey  07960

KAY-BEE TOY & HOBBY SHOPS, INC.
Joseph D. Garon, Esq.
Brumbaugh, Graves, Donohue & Raymond
30 Rockefeller Plaza
New York, New York  10112

HERMAN'S SPORTING GOODS, INC.
Stephen B. Judlowe, Esq.
Hopgood, Calimafde, Kalil
 Blaustein & Judlowe
60 East 42nd Street
New York, New York  10165

ALLIED STORES CORP.
Arline Mann, Esq.
Sullivan & Cromwell
125 Broad Street
New York, New York  10004

LAFAYETTE CIRCUIT CITY STORES, INC.
Mark C. Zauderer, Esq.
Stein, Zauderer, Ellenhorn,
 Friedman & Kaplan
875 Third Avenue
New York, New York  10022

MADISON WATCH CO., INC.
Jack A. Raisner, Esq.
c/o Madison Watch Co., Inc.
49 W. 38th Street
New York, New York  10018

ACCUTIME WATCH CORP.
UNITRON TIME INDUSTRIES, INC.
HEAVENLY TIME, INC.
MAJESTI WATCH CO., INC.
KONIK ELECTRONICE, INC.
Ellen M. Coin, Esq.
Shapiro, Mortman, Schwartz
 & Greene
800 Third Avenue
New York, New York  10022

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 670 --

| | |
|---|---|
| TIMEX CORP.<br>F.W. WOOLWORTH CO.<br>A. COHNE & SONS<br>TSS-SEEDMAN'S INC.<br>Francis T. Carr, Esq.<br>Kenyon & Kenyon<br>One Broadway<br>New York, New York   10004<br><br>HATTORI CORP. OF AMERICA<br>MEGUR WATCH & JEWELRY CO., INC.<br>J.C. PENNEY CO.<br>BERRY JEWELERS, LTD.<br>Lawrence Rosenthal, Esq.<br>Blum, Kaplan, Friedman,<br>  Silberman & Beran<br>1120 Avenue of the Americas<br>New York, New York   10036<br><br>J.W. MAYS, INC.<br>R. GSELL & CO., INC.<br>Frank E. Morris, Esq.<br>Pennie & Edmonds<br>1155 Avenue of the Americas<br>New York, New York   10036<br><br>SAM GOODY, INC.<br>John M. Brickman, Esq.<br>Peirez, Ackerman & Levine<br>175 Great Neck Road<br>Great Neck, New York   11021<br><br>SEARS, ROEBUCK AND CO.<br>Theordore L. Abeles, Esq.<br>Lum, Hoens, Abeles, Conant<br>  & Danzis<br>550 Broad Street - 16th Floor<br>Newark, New Jersey   07102 | SHELL OIL COMPANY<br>John J. Quinn, Esq.<br>Kelley & Drye & Warren<br>101 Park Avenue<br>New York, New York   10178<br><br>TRADER HORN, INC.<br>Sanford Postel, Esq.<br>Postel & Rosenberg, Esq.<br>10 East 40th Street<br>New York, New York   10016<br><br>TOSHIBA AMERICA, INC.<br>Edward F. McKie, Jr., Esq.<br>Banner, Birch, McKie & Beckett<br>One Thomas Circle, N.W.<br>Washington, D.C.   20005<br><br><br>ARNEE DEPT. STORES, INC.<br>Arthur H. Sobel, Esq.<br>Kimmelman, Sexter & Sobel<br>One Battery Park Plaza<br>New York, New York   10004<br><br>Arrow Electronics, Inc. (No App. rec'd)<br>25 Hub Drive<br>Melville, New York   11746<br><br>B & A Jewelers, Inc. (No App. rec'd)<br>172 New Dorp Lane<br>Stanten Island, New York   10306 |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 3

DOCKET NO. 670 -- In re Luce Patent Litigation

| | |
|---|---|
| BENNY'S IMPORTS & EXPORTS, INC.<br>Robert S. Zeif, Esq.<br>Halberstam, Ellis, Zeif,<br>  Funk & Fisher<br>720 Fifth Avenue<br>New York, New York  10019 | Electomagnetic Equipment   (No App. rec'd)<br>602 Oaklan Avenue<br>Cedarhurst, New York  11516<br><br>FOCUS ELECTRONICS, INC.<br>Baruch Rabinowitz, Esq.<br>4567 14th Avenue<br>Brooklyn, New York  11212<br><br>TAKARA TOYS, INC.<br>Kim J. Landsman, Esq.<br>Parker, Auspitz, Neesemann<br>  & Delehanty<br>415 Madison Avenue<br>New York, New York  10017 |
| Penta Watch (No App. rec'd)<br>864 Broadway<br>New York, New York  10013<br>*appea pet'd* | MATSUSHITA ELECTRIC CORP. OF AMERICA<br>EMERSON RADIO CORP.<br>R.H. MACY & CO., INC.<br>PENTAX CORP.<br>ASSOCIATED MERCHANDISING CORP.<br>Morton Amster, Esq.<br>Amster, Rothstein & Engelberg<br>90 Park Avenue<br>New York, New York  10016 |
| Criterion Bead & Novelty, Inc. (No App. rec'd)<br>60-01 31st Avenue<br>Woodsid, New York  11377 | |
| Debias Jewelers, Inc. (No App. rec'd)<br>76-05 101st Avenue<br>Ozone Park, New York  11429 | Foster Electronics, Inc. (No App. rec'd)<br>1048 Coney Island Avenue<br>Brooklyn, New York  11230 |
| DJM CAMERA & ELECTRONICS, INC.<br>Charles Guttman, Esq.<br>Marmorek, Guttman & Rubenstein<br>420 Lexington Avenue<br>New York, New York  10170 | Friendly Photo & Electronics, Inc.<br>38-10 Broadway<br>Astoria, New York  11102<br>(No App. rec'd) |
| Dwel Records & Electronics, Inc.<br>89-64 165th Street<br>Jamaica, New York 11432<br>(No App. rec'd) | |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 4

DOCKET NO. 670 --

| | |
|---|---|
| | OLYMPUS CORP.<br>SABER SALES CORP.<br><u>MINOLTA COPIER CORP. OF N.Y.</u><br>Allen A. Hans, Esq.<br>Whitman & Ransom<br>522 Fifth Avenue<br>New York, New York   10036 |
| Genovese Drug Store, Inc. (No App. rec'd)<br>80 Marcus Drive<br>Me.ville, New York   11747 | Sam & Raj Appliance Discount Center<br>37-08 74th Street<br>Jackson Heights, New York   11372<br>(No App. rec'd) |
| <u>International Wholesalers, Inc.</u><br>195 Lee Avenue<br>Brooklyn, New York   11211   *returned*<br>(No App. rec'd)<br>Pan-Lon International, Inc.<br>1147 Broadway<br>New York, New York   1001<br>(No App. rec'd) | Swezey & Newins Dept. Stores (No App. rec'd)<br>1 West Main Street<br>Patchogue, New York   11772<br><br>T & T Photo Inc. (No App. rec'd)<br>46-13 Hollis Court Boulevard<br>Flushing, New York   11358 |
| M.Z. Berger & Co.  (No App. rec'd)<br>33-00 Northern Boulevard<br>Long Island Citym New York   11101 | TSS Department Stores<br>10401 Foster Avenue<br>Brooklyn, New York   11236<br>(No App. rec'd) |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 5

DOCKET NO. 670 -- In re Luce Patent Litigation

---

UNITY BUYING SERVICE CO., INC.
Martin P. Michael, Esq.
Rubin, Baum, Levin, Constant
  & Friedman
645 Fifth Avenue
New York, New York  10011

Victory Camera     (No App. rec'd)
Forest Avenue Shoppers Town
Staten Island, New York  10302


WAINRITE STORES, INC. (No App. rec'd)
Meltzer, Lipp & Goldenstein
190 Willis Avenue
Mineola, New York  11501




ROBERT TABAKOW, INC.

GRUEN INDUSTRIES, INC.
Dwight Yellen, Esq.
Traub, Bonaquist & Yellen
67 Wall Street
New York, New York  10005-3184


Arby's Inc. (No App. rec'd)
26 East 42nd Street
New York, New York  10017


SAKS & COMPANY
Norman H. Zivin, Esq.
(Same As Gimbel Brothers, Inc.)

---

ASTORIA WATCH (USA) INC.
GIMBELS BROTHERS INC.
Norman H. Zivin, Esq.
Cooper, Dunham, Clark, Griffin
  & Moran
30 Rockefeller Plaza
New York, New York  10012


BELLA WATCH CORP. (No App. rec'd)
M. Lawrence Benedik, Esq.
60 East 42nd Street
New York, New York  10165


Best Products of N.Y., Inc. (No App. rec'd)
1180 Avenue of the Americas
New York, New York  10036


Borel Watch Co. of N.Y.
49 West 47 Street
New York, New York  10036
(No App. rec'd)


MATTEL SALES CORP.
ELGIN NATIONAL INDUSTRIES
Richard M. Goldstein, Esq.
Shea & Gould
300 Madison Avenue
New York, New York  10017


Candle Watch, Inc.
935 Broadway
New York, New York  10010
(No App. rec'd)


Consumers Distributor, Ltd.
24-26 Grand Concourse
Bronx, New York  10458
(No App. rec'd)

JPML FORM 2A -- Continuation

Counsel of Record -- p. 6

DOCKET NO. 670 --

| | |
|---|---|
| CUCKOO CLOCK MFG. CO., INC.<br>REMEX TIME CORP.<br>SANYO ELECTRICAL, INC.<br>Joseph B. Lerch, Esq.<br>Darby & Darby<br>405 Lexington Avenue<br>New York, New York 10174 | FORTUNOFF FINE JEWELRY AND SILVERWARE, INC. (No App. rec'd)<br>Mary A. Donovan, Esq.<br>Cowan, Liebowitz & Latman<br>605 Third Avenue<br>New York, New York 10158 |
| DELTA IMPLEX WATCH CORP.<br>JORDACHE TIME CORP.<br>Edward B. Hunter, Esq.<br>Nolte, Nolte & Hunter<br>350 Jericho Turnpike<br>Jericho, New York 11753 | 47th STREET PHOTO, INC.<br>Marvin H. Wolf, Esq.<br>Groman & Wolf<br>153 Jefferson Avenue<br>Mineola, New York 11501 |
| Eastern Watch Co., Inc.<br>1201 Broadway<br>New York, New York 10001<br>(No App. rec'd) | GOLDEN MILLION ENTERPRISES, INC.<br>Hillel Hoffman, Esq.<br>Levine, Hoffman & Crispo<br>274 Madison Avenue<br>New York, New York 10016 |
| Evershine, Inc.<br>1201 Broadway<br>New York, New York 10001<br>(No App. rec'd) | HELBROS WATCHES, INC. (No App. rec'd)<br>Richard Eisenberg, Esq.<br>534 Broad Hollow Road<br>Melville, New York 11747 |
| | Herman H. Sticht Co., Inc. (No App. rec'd)<br>27 Park Place<br>New York, New York 10007 |
| Hamilton Watchers, Inc.<br>565 Fifth Avenue<br>New York, New York 10017<br>(No App. rec'd) | Interboro Time Clock Corp.<br>126 West 26th Street<br>New York, New York<br>(No App. rec'd) |
| Jamesway Corp.<br>Routes 17 and 42<br>Monticello, New York<br>(No App. rec'd) | Lucerne Time<br>31 West 47th Street<br>New York, New York 10036<br>(No App. rec'd) |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 7

DOCKET NO. 670 -- In re Luce Patent Litigation

| | |
|---|---|
| JUPITER TIME CORP.<br>TEMELEX INDUSTRIES, INC. (No App. rec'd)<br>Saul A. Mishaan, Esq.<br>Zuckerman, Mishaan, Rome<br>  & Cheruchin<br>36 West 44th Street<br>New York, New York   10036 | MERCANTILE STORES CO., INC.<br>Joseph F. Kelly, Jr., Esq.<br>Curtis, Mallet-Prevost, Colt<br>  & Mosle<br>101 Park Avenue<br>New York, New York   10178 |
| MARCEL WATCH CORP. (No App. rec'd)<br>S.A. Morris, Esq.<br>Morris, Graham, Stephens<br>  & McMorrow<br>265 Post Avenue<br>Westbury, New York   11590 | MIRACLE WATCH CO. (No App. rec'd)<br>Nasim Nekatolov, Esq.<br>64 W. 48th Street<br>New York, New York   10036<br><br>NEWMARK & LEWIS, INC.<br>Jerome Bauer, Esq.<br>Bauer & Amer<br>114 Old County Road<br>Mineola, New York   11501 |
| THE MAY DEPARTMENT STORES CO. (No App. rec'd)<br>William F. McCartin, Esq.<br>Kazdin, Weinstein & Bier<br>2 Pennsylvania Plaza<br>New York, New York   10121 | EASTMAN KODAK COMPANY<br>William J. Heller, Esq.<br>Stryker, Tams & Dill<br>33 Washington Street<br>Newark, New Jersey   07102<br><br>NORTHEAST INSTRUMENT CO. (No App. rec'd)<br>John J. Lee, Esq.<br>56 Main Street<br>Box 493<br>Warwick, N.Y.   10990 |
| J.J. NEWBERRY<br>MCCRORY CORP.<br>COURTESY DRUG STORES<br>Allen I. Rubenstein, Esq.<br>Gottlieb, Rackman & Reisman<br>1430 Broadway<br>New York, New York   10018 | Noveau World Times Co., Inc. (No App. rec'd)<br>1140 Broadway<br>New York, N.Y.   10001 |
| MEDANA WATCH CO.<br>Bernard J. Babb, Esq.<br>Freeman, Wasserman & Schneider<br>90 John Street<br>New York, New York   10038 | OMNI QUARTZ LTD. (No App. rec'd)<br>Israel Weinstock, Esq.<br>350 Broadway<br>New York, N.Y.   10013 |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 8

DOCKET NO. 670 --

| | |
|---|---|
| Oriental Watch Co. (No App. rec'd)<br>98 Canal Street<br>New York, N.Y. 10002 | Tamarax Intl. Corp (No App. rec'd)<br>22 West 22nd Street<br>New York, N.Y. 10010 |
| Pacemark Photo Audio (No App. rec'd)<br>Electronic Marketing<br>100 West 32nd Street<br>New York, N.Y. 10001 | |
| Regency Time, Ltd. (No App. rec'd)<br>29 West 38th Street<br>New York, N.Y. 10018 | TOURNEAU, INC. (No App. rec'd)<br>Alan H. Levine, Esq.<br>Fiddler & Levine<br>350 Fifth Avenue<br>New York, N.Y. 10018 |
| | WAKMANN WATCH CO. (No App. rec'd)<br>Joel Salon, Esq.<br>Salon, Morrow Dyckman<br>  & Trager<br>41 East 42nd Street<br>New York, New York 10017 |
| SASCO, INC. (No App. rec'd)<br>Godfrey H. Murrain, Esq.<br>225 Broadway<br>New York, N.Y. 10007 | WALGREEN EASTERN CO., INC.<br>Jerome M. Berliner, Esq.<br>Ostrolenk, Faber, Gerb<br>  & Soffen<br>260 Madison Avenue<br>New York, N.Y. 10016 |
| SAVEMART, INC. (No App. rec'd)<br>Michael Cook, Esq.<br>104 East 40th Street<br>New York, N.Y. 10016 | THE WIZ DISTRIBUTORS, LTD.<br>Steven A. Certilman, Esq.<br>Eisenberg, Honig & Fogler<br>270 Madison Avenue<br>New York, N.Y. 10016 |
| STEREO/VIDEO WAREHOUSE (No App. rec'd)<br>Leo Zucker, Esq.<br>34 South Broadway<br>White Plains, N.Y. 10601 | |

JPML FORM 2A -- Continuation

Counsel of Record -- p. 9

DOCKET NO. 670 -- In re Luce Patent Litigation

| | |
|---|---|
| CHILD WORLD, INC.<br>Henry A. Marzullo, Jr., Esq.<br>Lackenbach, Siegel, Marzullo,<br>  Presta & Aronson<br>Penthouse Suite<br>One Chase Road<br>Scarsdale, New York  10583 | CAMERAS ETCETERA, INC. |
| SHARP ELECTRONICS CORP.<br>Terrell C. Birch, Esq.<br>Birch, Stewart, Kolasch & Birch<br>301 North Washington Street<br>Falls Church, Virginia  22046 | |
| STOP & SHOP COMPANIES, INC.<br>Barry H. Evenchick, Esq.<br>Evenchick & Title<br>2 West Northfield Road<br>Livingston, New Jersey  07039 | |
| TANDY CORPORATION ( No App. rec'd)<br>Michael R. Scully, Esq.<br>Hogan & Palace<br>20 Court Street<br>Hackensack, New Jersey  07601 | |
| UNABLE TO DETERMINE COUNSEL:<br><br>ATCO ELECTRONICS<br>COLUMBIA APPLIANCES & TRAVELS<br>VALS BOUTIQUE<br>RELIABLE PHOTO & ELECTRONICS, INC.<br>AA AMERICANA CREATION WATCHES, LTD.<br>GIFTS FOR TIME<br>STEVE'S CAMER LTD.<br>FAMOUS HORSE, INC.<br>ARISTO IMPORTS CO.<br><br>ARCADE DEPARTMENT STROE, INC.<br><br>(CONTINUED ON OTHER SIDE) | |

JPML FORM 3

p. 1

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 670 -- In re Luce Patent Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| R.H. Macy & Co., Inc. | A-1 |
| Federated Department Stores, Inc. | A-1 |
| Eastman Kodak Co. | A-1 |
| Emerson Radio Corp. | *No common party* |
| Matsushita Electrical Corp. of America | |
| Casio, Inc. | |
| Saks & Company | |
| Sanyo Electric, Inc. | |
| Sears Roebuck & Co. | |
| Sharp Electronics Corp. | |
| Stop & Shop Companies, Inc. | |

p. 2

| | |
|---|---|
| Tandy Corp. | |
| Toshiba America, Inc. | A |
| Armitron Corp. | |
| Boulova Watch Co., Inc. | |
| Carter & Van Peel Ltd. | |
| Canon U.S.A., Inc. | |
| | |
| | |
| | |
| | |
| | |